UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1684-RN

| IN THE MATTER OF THE APPLICATION OF | ) | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| FOR A SEARCH WARRANT FOR: | ) | **ORDER TO UNSEAL** |
| STATE EMPLOYEES CREDIT UNION | ) | |
| SAFE DEPOSIT BOX #657 | ) | |
| 8551 COLONNADE DRIVE | ) | |
| RALEIGH, NC 27615 | | |

Upon motion of the Government, the search warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

_____
Robert T. Numbers, II
United States Magistrate Judge